UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

RALPH SERRECCHIA, : No. 7:21-cv-06175-KMK

                     Plaintiff, :

-against- :

GRUMA CORPORATION d/b/a MISSION FOODS
and GUERRERO MEXICAN FOOD PRODUCTS, :

                     Defendants. :

-----------------------------------------------------------X

## PLAINTIFF'S NOTICE OF DISMISSAL OF COMPLAINT

Plaintiff Ralph Serrecchia, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby dismisses all causes of action in the complaint against Defendant Gruma Corporation ("Gruma") d/b/a Mission Foods and Guerrero Mexican Food Products without prejudice.

Ralph Serrecchia is dismissing this action because the parties have voluntarily agreed to arbitrate that matter.

Gruma has filed neither an answer to the complaint nor a motion for summary judgment as to these claims. Dismissal under Rule 41(a)(1) is therefore appropriate.

Respectfully submitted,

Randy J. Perlmutter
Sam B. Smith
KANTROWITZ, GOLDHAMER &
GRAIFMAN, P.C.
135 Chestnut Ridge Road
Montvale, New Jersey 07645
Tel: (845) 356-2570
rperlmutter@kgglaw.com
ssmith@kgglaw.com

Dated: September 20, 2021

SO ORDERED

KENNETH M. KARAS U.S.D.J.

9/21/2021

## CERTIFICATE OF SERVICE

I hereby certify that on September 20, 2021, I caused a copy of the foregoing Plaintiff's Notice of Dismissal of Complaint to be served on counsel for Defendant in this matter in the manner set forth below:

By electronic.

>Richard J. Reibstein
>Christopher B. Fontenelli
>LOCKE LORD LLP
>200 Vesey Street, 20th Floor
>New York, NY 10281
>Tel: (212) 912-2797
>Fax: (212) 812-8377
>RReibstein@lockelord.com
>CFontenelli@lockelord.com

*[signature]*

Sam Smith
Counsel for Plaintiff